IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FPP SANDBOX, LLC,, A Delaware Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>THE REDSTONE COMMUNICATIONS GROUP, INC.,, A Nebraska Corporation;<br><br>Defendant. | 8:18CV106<br><br>ORDER |

As requested in the parties' motion, (Filing No. 48), which is hereby granted,

1) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is May 31, 2019. Motions to compel discovery under Rules 33, 34, and 36 must be filed by June 14, 2019
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deposition deadline is July 1, 2019.

3) The deadline for filing motions to dismiss and motions for summary judgment is August 1, 2019. <u>The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after July 1, 2019</u>.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 9, 2019.

5) Motions in limine shall be filed <u>seven days before the pretrial conference</u>. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for

changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

May 3, 2019

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge