# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FPP SANDBOX, LLC, A Delaware Limited Liability Company;<br><br>    Plaintiff,<br><br>vs.<br><br>THE REDSTONE COMMUNICATIONS GROUP, INC., A Nebraska Corporation;<br><br>    Defendant and<br>    Third-Party Plaintiff,<br><br>vs.<br><br>TURGO, Inc., A Delaware Corporation, VIROOL, INC., A Delaware Corporation, and ALEXANDER DEBELOV;<br><br>    Third-Party Defendants. | **8:18CV106**<br><br>**ORDER** |

This matter was filed by Plaintiff FPP Sandbox, LLC (Sandbox) on March 6, 2018. (Filing No. 1). Defendant/Third Party Plaintiff, Redstone Communications Group, Inc. (Redstone) filed an Answer and Third-Party Complaint on August 7, 2018. (Filing No. 26).

Alexander Debelov ("Debelov") and Virool, Inc. ("Virool"), third-party defendants, were served on August 19, 2018. (Filing No. 34 and Filing No. 35, respectively). Neither party has filed an answer or otherwise pled to Redstone's Third-Party Complaint. Redstone moved for clerk's entry of default against Debelov and Virool on August 27, 2019. (Filing No. 55 and Filing No. 56,

respectively). Clerk's entries of default were filed and mailed to Debelov and Virool at the address of record on August 27, 2019. (Filing No. 57 and Filing No. 58, respectively). The mailings were not returned and Third-Party Defendants Debelov and Virool have not moved to set aside the entries of default.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until September 20, 2019, to move for either default judgment or for dismissal.

2) The clerk shall mail a copy of this order to Defendant Alexander Debelov at:

> 338 Spear Street
> Unit 8C
> San Francisco, CA 94105

3) The clerk shall mail a copy of this order to Defendant, Virool, Inc. at:

> c/o Alexander Debelov, Registered Agent
> 338 Spear Street
> Unit 8C
> San Francisco, CA 94105

Dated this 6th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge